United States District Court
Eastern District of California

MONZER ERAKAT

Plaintiff(s)

V.

GOODRX, INC.

Defendant(s)

Case Number: 2:26-cv-02291-TLN-CSK

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alyssa C. Kalisky hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

GoodRx Holdings, Inc.

On 10/31/2013 (date), I was admitted to practice and presently in good standing in the Illinois State Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/30/2026 Signature of Applicant: /s/ Alyssa C. Kalisky

**Pro Hac Vice Attorney**

Applicant's Name: Alyssa C. Kalisky

Law Firm Name: Kirkland and Ellis LLP

Address: 333 West Wolf Point Plaza

City: Chicago State: IL Zip: 60654

Phone Number w/Area Code: (312) 862-2000

City and State of Residence: Winnetka, Illinois

Primary E-mail Address: alyssa.kalisky@kirkland.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Robyn E. Bladow

Law Firm Name: Kirkland and Ellis LLP

Address: 2049 Century Park East, Suite 3700

City: Los Angeles State: CA Zip: 90067

Phone Number w/Area Code: (310) 552-4200 Bar # 205189

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 30, 2026

JUDGE, U.S. DISTRICT COURT